# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRWIN MORSE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:21-cv-07006-JSR |
| v. | ) |
| | ) |
| THE NEW HOME COMPANY INC., H. LAWRENCE WEBB, WAYNE J. STELMAR, DOUGLAS C. NEFF, MICHAEL J. BERCHTOLD, SAM BAKHSHANDEHPOUR, GREGORY P. LINDSTROM, CATHEY S. LOWE, PAUL C. HEESCHEN, NEWPORT HOLDINGS, LLC, and NEWPORT MERGER SUB, INC., | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: September 21, 2021

**RIGRODSKY LAW, P.A.**

By: */s/ Gina M. Serra*
Seth D. Rigrodsky
Timothy J. MacFall
Gina M. Serra
Vincent A. Licata
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Email: sdr@rl-legal.com
Email: tjm@rl-legal.com
Email: gms@rl-legal.com
Email: vl@rl-legal.com

*Attorneys for Plaintiff*